UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket: 3:10-CR-00260 |
| IDRIS IBRAHIM FAHRA (9) | Chief Judge Haynes |

### MOTION TO RESTRAIN HEATHER WEYKER FROM CONTACTING ANY POTENTIAL WITNESSES IN THE CASE AT BAR AND FOR AN ORDER ENJOINING THE GOVERNMENT FROM CHARGING ANY OTHER PERSONS WITH OBSTRUCTION, PERJURY, OR WITNESS TAMPERING UNTIL THE COMPLETION OF TRIAL IN THE ABOVE MATTER

Comes now defendant Idris Fahra, by and through counsel, Jennifer Lynn Thompson and moves this Honorable Court to restrain police officer Heather Weyker from contacting any of the witnesses in the case at bar and for an order enjoining the Government from charging any other persons with obstruction, perjury, or witness tampering until the completion of trial in the above matter. For cause, Mr. Fahra would show as follows:

1. Heather Weyker has been the driving force behind the prosecution in this matter. She is cited in numerous internet news accounts "as keeping the case alive."
2. Heather Weyker has spent thousands of hours investigating the case, again this information is cited in numerous internet news accounts.
3. Jane Doe 2 is a critical witness in the case against Mr. Fahra as all of his overt acts alleged in the indictment involve her.

[Handwritten annotation: "ORDER. Although the treatment of the minor witness is disturbing, the movant does not warrant a restraining order. The issue of the officer's inducements to witnesses can be pursued at trial. s/ [signature] USDJ 3-6-12"]