# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Docket: 3:10-CR-00260 |
| IDRIS IBRAHIM FAHRA | Judge Haynes |

## DEFENDANT IDRIS FAHRA'S MOTION IN LIMINE TO PROHIBIT THE USE OF THE DIMINUTIVE TERMS WHEN REFERING TO WITNESSESS

*[Handwritten order: ORDER This motion is DENIED as moot for reasons stated in open court. [signature] USDJ 3-22-12]*

Comes now Idris Fahra, by and through counsel, Jennifer Lynn Thompson, and would move this Honorable Court for an Order preventing any witness or attorney from referring to witnesses using diminutive terms such as "little girls" or "young children." The use of adjectives such as "little" and "young," or the use of nouns such as "child" or "girl" is prejudicial and inflammatory and has no probative value. The reason for using such a term would be to emotionally provoke the jury. The American Academy of Pediatrics sponsors an informational website HealthyChildren.org. This website categorizes "teens" as between the ages of 12 and 18. Therefore, Counsel