UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. __3:10-00260(9) |
| | ) | |
| IDRIS FAHRA | ) | |

O R D E R

The Court being advised that the defendant, Idris Fahra, has not been convicted of the federal charges against him and is being released from incarceration, and that the defendant lives in Minneapolis, Minnesota, and that he is without sufficient funds to provide for his transportation to his bona fide residence, Minneapolis. The interests of justice require and the United States Marshal is directed, pursuant to Title 18, United States Code, Section 4282, to furnish Idris Fahra with subsistence and transportation to Minneapolis, Minnesota.

ENTER:

_____
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE