IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES | ) |
| | ) NO. 3;10-00260 |
| v. | ) |
| | ) CHIEF JUDGE HAYNES |
| [9] IDRIS FAHRA | ) |
| | ) |
| [17] ANDREW KAYACHITH | ) |
| | ) |
| [29] YASIN YUSUF | ) |

**UNITED STATES' MOTION TO SUPPLEMENT THE RECORD
FOR PURPOSES OF APPEAL 13-5122**

Comes now the United States of America, by and through the undersigned, and respectfully moves this Court to enter an order making the following attached documents, which were referenced at Docket Entry 1320, as part of the record in this case for purposes of appeal:

1. Saint Paul Police Department Report dated April 21, 2011 referenced at R. 1320, line 251, Exhibit 131 PageID# 7121-7122;

2. Email from Kenya regarding the birth certificate for JD2 referenced at R. 1320, line 251, Exhibit 131 PageID# 7121-7122;

3. A-File JD2 referenced at R. 1320, line 194-196, Exhibit 93 PageID# 7111-7112.

*[handwritten: This motion is GRANTED. [signature] 6-10-13]*