UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket: 3:10-CR-00260 |
| v. | |
| IDRIS IBRAHIM FAHRA | Judge Haynes |

## MOTION TO JOIN CO-DEFENDANT ANDREW KAYACHITH'S MOTION FOR NEW TRIAL (D.E. 2617) AND YASSIN YUSUF'S MOTION FOR NEW TRIAL (D.E. 2502)

Defendant Idris Fahra, by and through undersigned counsel, respectfully moves this Honorable Court to allow him to join Co-Defendant Andrew Kayachith's Motion for New Trial (D.E. 2617) and Co-Defendant Yassin Yusuf's Motion for New Trial (D.E. 2502).

Respectfully submitted,

/s/ Jennifer Lynn Thompson
Jennifer Lynn Thompson, Tenn. BPR 18250
Attorney for Idris Fahra
715 Crescent Road
Nashville, TN 37205
(615) 320-4344 office
nashvilleattorney@gmail.com

*[Handwritten order: "ORDER. This motion is GRANTED. [signature] 9/19/13"]*